HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, # 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710

Attorneys for Defendant
GIOVANNI ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:17-mj-00159-SKO |
| Plaintiff, | **UNOPPOSED MOTION TO EXONERATE BOND; AND ORDER** |
| vs. | |
| GIOVANNI ESQUIVEL, | Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY REQUESTED that the $40,000 secured property bond ordered by the Honorable Skeila K. Oberto to secure Mr. Giovanni Esquivel's pretrial release, as well as the retention of his passport and passport card, be ordered exonerated in light of the facts as presented below.

On September 22, 2017, the Honorable Magistrate Judge Skeila K. Oberto ordered Mr. Esquivel released on a $40,000.00[1] secured property bond. Mr. Esquivel surrendered his passport, passport card, and a copy of the deed of trust (#217131921) and original straight note[2] and was released on October 5, 2017. Mr. Esquivel later provided the original deed of trust on October 20, 2017.[3]

Mr. Esquivel made all required appearances in the District of Georgia and incurred no

---

[1] Judge Oberto ordered a secured bond for the "full equity… of not less than $40,000" Dkt. 8.
[2] *See* Dkt. 6, 7, and 10.
[3] *See* Dkt. 14.

-1-

violations of his pretrial release conditions during the pendency of his case, which has since been terminated. Mr. Esquivel now requests the exoneration of the secured bond and the return of his deed of trust and straight note for the property, as well as his passport and passport card. The government does not oppose this request for an order to exonerate the secured bond.

Dated: April 17, 2023  Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for GIOVANNI ESQUIVEL

Dated: April 17, 2023  PHILLIP A. TALBERT
United States Attorney

*/s/ Henry Z. Carbajal III*
HENRY Z. CARBAJAL III
Assistant United States Attorney


Case 1:17-mj-00159-SKO   Document 17   Filed 04/18/23   Page 3 of 3

## **ORDER**

IT IS HEREBY ORDERED in case no. 1:17-mj-00159-SKO the $40,000 bond secured by real property be exonerated and that the Clerk of the Court reconvey to the surety, Mr. Giovanni Esquivel, the real property that was posted as security in this case, free and clear of any federal lien. It is further requested that the Clerk of Court return to Mr. Esquivel the original deed of trust #217131921 and original straight note, as well as his passport and passport card. Defense Counsel is directed to provide a current mailing address for Mr. Esquivel to the Clerk of Court for the return of the above-referenced items.

IT IS SO ORDERED.

Dated:  **April 18, 2023**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE